IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| Gateway Residencies at Exchange, LLC | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:17-cv-629 ) ) |
| Illinois Union Insurance Company | ) ) |
| Defendant. | ) |

**JUDGMENT**

Pursuant to the order of this Court entered on April 3, 2018 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant's Illinois Union Insurance Company and against the Plaintiff Gateway Residences at Exchange, LLC.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
L.Creek
Deputy Clerk

Dated: 4/4/2018
Alexandria, Virginia