FILED: February 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1491
(1:17-cv-00629-LO-JFA)

_____

GATEWAY RESIDENCES AT EXCHANGE, LLC

    Plaintiff - Appellant

v.

ILLINOIS UNION INSURANCE COMPANY, d/b/a ACE American Insurance Company, d/b/a ACE Environmental, d/b/a Ace USA, d/b/a ACE USA Companies

    Defendant - Appellee

_____

J U D G M E N T
_____

    In accordance with the decision of this court, the judgment of the district court is affirmed.

    This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK